Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12–39520–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Coucoules
   14 East Woodcrest Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx–xx–4042

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 21, 2015.

On February 23, 2017, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:          April 5, 2017
Time:          09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 23, 2017
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-39520-JNP
John J. Coucoules                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Feb 23, 2017
                                Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db              +John J. Coucoules,    14 East Woodcrest Avenue,    Maple Shade, NJ 08052-3343
cr              +Bank of America, N.A., as successor by merger to B,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
513565913       +Bank of America,    450 American Street SV416,    Simi Valley, CA 93065-6285
513846590        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513565915       +Cap One,    PO Box 30253,   Salt Lake City, UT 84130-0253
513817864        CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
513565918       +Home Depot Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
516552251        Lakeview Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                  216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
514344642       +M & T Bank as servicer,    M & T Bank,    PO Box 840,    Buffalo, NY 14240-0840
514344643       +M & T Bank as servicer,    M & T Bank,    PO Box 840,    Buffalo, NY 14240-1288,
                  M & T Bank as servicer,    M & T Bank 14240-0840
514385512       +M&T Bank, as Servicer,    KIVITZ MCKEEVER LEE, P.C.,    BNY Mellon Independence Center,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
513565919       +Mariner Finance,    814 White Horse Pike Ste 1,    Oaklyn, NJ 08107-1266
513565921       +SLM Financial Corp,    6000 Commerce Pkwy Ste A,    Mount Laurel, NJ 08054-2226
513701462       +Sun East F.C.U.,    PO Box 2231,    Aston, PA 19014-0231
513565922       +Sun East Federal Credit Union,    4500 Pennell Road,    Aston, PA 19014-1862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2017 22:35:13     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2017 22:35:11     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
513565914       +E-mail/Text: bknotices@bankofthewest.com Feb 23 2017 22:35:22     Bank of the West,
                  2527 Camino Ramon,    San Ramon, CA 94583-4213
513720220        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2017 22:36:24     GE Capital Retail Bank,
                  Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513565916       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2017 22:36:24     GECRB Creative Plaything,
                  PO box 965036,    Orlando, FL 32896-5036
513565917        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2017 22:36:26     GECRB Lowes,    PO Box 965005,
                  Orlando, FL 32896-5005
514124112        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 23 2017 22:35:24     JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,    ST CLOUD MN 56302
514124113        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 23 2017 22:35:24     JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                  ST CLOUD MN 56302
516636267       +E-mail/PDF: cbp@onemainfinancial.com Feb 23 2017 22:36:29     OneMain,    605 Munn Rd E.,
                  Fort Mill, SC 29715-8421
513565920       +E-mail/PDF: cbp@onemainfinancial.com Feb 23 2017 22:37:12     Onemain,    6801 Colwell Blvd,
                  Irving, TX 75039-3198
513845306        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 22:36:46
                  Portfolio Recovery Associates, LLC,    c/o HSBC Bank Nevada, N.A.,    POB 41067,
                  Norfolk VA 23541
513790952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 22:36:47
                  Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513586144     ##+Mariner Finance, LLC,    3301 Boston St, Ste 201,   Baltimore, MD 21224-4979
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Feb 23, 2017
                              Form ID: 185             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

      Andrew L. Spivack   on behalf of Creditor   Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com

      Andrew L. Spivack   on behalf of Creditor   M & T Bank Servicer For Lakeview Loan Servicing nj.bkecf@fedphe.com

      Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Joshua I. Goldman   on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

      Joshua I. Goldman   on behalf of Creditor   M & T Bank Servicer For Lakeview Loan Servicing jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

      Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

      Steven N. Taieb   on behalf of Debtor John J. Coucoules staieb@comcast.net

      Warren S. Jones, Jr.   on behalf of Creditor   Bank Of The West wsjonesesq@verizon.net, bestcasewsj@gmail.com

                                                                                                                                                                    TOTAL: 10