Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977



**Order Filed on April 6, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

John J. Coucoules

Debtor(s)

Case No.: 12-39520 (JNP)

Hearing Date: 04/05/2017

Judge:          Jerrold N. Poslusny Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: April 6, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: John J. Coucoules
Case No.: 12-39520 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 02/23/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $1,082.00 **for a period of 9 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $39,728.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: John J. Coucoules
Case No.: 12-39520 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Lakeview Loan

Servicing will be paid outside of the Chapter 13 Plan pursuant to a loan modification

agreement. The Standing Trustee shall make no payments to Lakeview Loan Servicing on

account of pre-petition arrears set forth in the proof of claim dated April 17, 2013 and on

account of post-petition arrears set forth in the order dated April 28, 2016. total plan length

of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-39520-JNP
John J. Coucoules                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Apr 06, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db            +John J. Coucoules,    14 East Woodcrest Avenue,    Maple Shade, NJ 08052-3343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   M & T Bank Servicer For Lakeview Loan Servicing
          nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   Bank of America, N.A., as successor by merger to BAC
          Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC
          bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   M & T Bank Servicer For Lakeview Loan Servicing
          jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Steven N. Taieb   on behalf of Debtor John J. Coucoules staieb@comcast.net
          Warren S. Jones, Jr.   on behalf of Creditor   Bank Of The West wsjonesesq@verizon.net,
          bestcasewsj@gmail.com
                                                                                    TOTAL: 10