Order Filed on April 13, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
 Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994

In Re:

John J. Coucoules

| | |
|---|---|
| Case No.: | 12-39520 |
| Chapter: | 13 |
| Judge: | JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb,Esquire_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____16.20_____ for a total of $_____916.20_____. The allowance is payable:

☒  $416.20 through the Chapter 13 plan as an administrative priority.

☒  $500 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1082_____ per month for _____9_____ months to allow for payment of the above fee.

*rev.8/1/15*