**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
 Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on April 13, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Coucoules

Case No.: ____12-39520____

Chapter: 13

Judge: _____JNP_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____16.20_____ for a total of $_____916.20_____. The allowance is payable:

☒ $416.20 through the Chapter 13 plan as an administrative priority.

☒ $500 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1082_____ per month for _____9_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-39520-JNP
John J. Coucoules                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db            +John J. Coucoules,    14 East Woodcrest Avenue,    Maple Shade, NJ 08052-3343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    M & T Bank Servicer For Lakeview Loan Servicing
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A., as successor by merger to BAC
               Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M & T Bank Servicer For Lakeview Loan Servicing
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor John J. Coucoules staieb@comcast.net
              Warren S. Jones, Jr.    on behalf of Creditor    Bank Of The West wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                               TOTAL: 10